## Woodward's Estate.

364

*Charles Polis*, for exceptions; *Harold B. Bornemann*, contra.

PER CURIAM, Oct. 31, 1930.—But one conclusion was possible on the admitted facts; the one drawn by the Auditing Judge and embodied in his adjudication, in which we all concur.

Accordingly, the exceptions are dismissed and the adjudication is confirmed absolutely.